457 A.2d 130

Philadelphia Electric v. Halloran, Appellant v. Solkov Plumbing.

Reargument Denied March 29, 1983.

Argued February 18, 1982. Charles W. Craven, for appellant; Earl L. Britt, for appellees.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

Order affirmed.

MONTGOMERY, J., filed a memorandum dissenting statement.